## UNITED STATES of America, Plaintiff–Appellee,

v.

## Bekir VURAL, Defendant–Appellant.

### No. 02–6096.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 29, 2002.

Bekir Vural, Appellant Pro Se. Epin Hu Christensen, Special Assistant United States Attorney, Paul J. McNulty, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Bekir Vural seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Vural,* Nos. CR–90–139–A; CA–99–1576–AM (E.D.Va. Dec. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*